In the Matter of the Application of the MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, to Compel an Accounting by ALFRED L. SIMONSON et al., Executors, etc.

(Argued March 10, 1890; decided March 21, 1890.)

APPEAL from an order of the General Term of the Supreme Court in the first judicial department, made December 2, 1889,

which affirmed an order of the surrogate of the county of New York dismissing petition.

*B. E. Valentine* for appellant.

*Edward Schenck* for respondents.

Agree to affirm; no opinion.
All concur, except O'BRIEN, J., not sitting.
Order affirmed.